Gloria Jean BILDERBACK *v.* STATE of Arkansas

CR 94-1034                                          888 S.W.2d 290

Supreme Court of Arkansas
Opinion delivered October 17, 1994

*Gene O'Daniel*, for appellant.

No response.

PER CURIAM. Gloria Jean Bilderback, by her attorney, Gene O'Daniel, has filed a motion for a rule on the clerk. Her attor-

ney, Gene O'Daniel, admits by motion that the record was tendered late due to a mistake on his part.

 We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.